EZEQUIEL ROMO K-38661
D9 202 P.O. BOX 7500
CRESCENT CITY, CA
1  ᴄ- 95532

2  In PRO SE:

FILED
2013 DEC -6 P 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT of CALIFORNIA

9  EZEQUIEL ROMO,

10      PETITIONER.                    )    CASE NO. CV 13 5341 EMC

11          VS.                        )    NOTICE OF TIMELY FILED
                                       )    FEE(S); AND DECLARTION In
12  GREG LEWIS, WARDEN                 )    SUPPORT:
    (PELICAN BAY STATE PRISON)         )
13  ET AL., RESPONDENT.                )

14                                     )

15

16   1. PETITIONER, EZEQUIEL ROMO PROCEEDING In PROPIA

17  PERSONA FOR A WRIT OF HABEAS CORPUS PURSUANT TO

18  28 U.S.C. § 2254; FEDERAL RULES OF HABEAS CORPUS, Rule 7 And 8.

19   2. ON OCTOBER 14. 2013, PETITIONER SUBMITTED A REQUEST

20  FOR LEGAL PHOTOCOPY SERVICE.

21   3. ON OCTOBER 23, 2013. THE REQUEST AND FILING FEE

22  WAS PROCESSED AND FOWARDED FOR TRUST ACCOUNT

23  OFFICE. (FILING FEE OF FIVE-DOLLARS. CHECK NUMBER 198-

24  623298.)

25   4. ON OCTOBER 24, 2013. PETITIONER RECIEVED ALL COPIES

26  AND PLACED IN LEGAL-MAIL. SEE CALDWELL V. AMEND (9th

27  CIR. 1994) 30 F.3d 1199; SEE ALSO: HOUSTON V. LACK (1988) 487 U.S.

28  206 [108 S. CT. 2379; 101 L. ED. 245] (A PRISONER'S CONTROL OVER

(1)

1  THE PROCESSING OF HIS NOTICE NECESSARILY CEASES AS
2  SOON AS HE HANDS IT OVER TO THE PRISON AUTHORITIES.];
3  CALDWELL, 30 F.3d 1199.

4  5. UNDER FEDERAL RULES OF HABEAS CORPUS, RULES 7 AND
5  8. THE COURT CAN ALLOW THE PARTIES TO "EXPAND THE
6  RECORD" BY PRESENTING ADDITIONAL EVIDENCE OR HOLD
7  EVIDENTIARY HEARINGS TO DEVELOP THE FACTS OF THE
8  CASE.

9  6. PETITIONER'S GROUNDS ARE GUARANTEED BY ESTAB-
10 LISHED LAW U.S. CONSTITUTION. 28 U.S.C. § 2254. THE
11 OPERATIVE WRIT FILED ON OCTOBER 14. 2013. CLAIMS THE
12 FACT THAT RESPONDENTS' DENIAL OF ACCESS TO COURTS
13 AS ESTABLISHED UNDER THE FIRST AMENDMENT IS
14 EVIDENCED BY PRISON OFFICIALS ARBITRARY DELAY
15 AND DENIAL OF LEGAL-MAIL (SEE: PETITION CLAIM TWO.);
16 SEE: BRACY V. GRAMLEY (1997) 520 U.S. 899, 908-909 [117 S.
17 CT. 1793; 138 L.Ed.2d 97].

18 7. RELIEF SOUGHT UNDER 28 U.S.C § 2254 BY AN ORDER
19 OF HABEAS CORPUS AS STATED IN WRIT.

20 IN PROPIA                    RESPECTFULLY SUBMITTED.
21 PERSONA.                     EZEQUIEL ROMO
22
23 NOVEMBER, 28. 2013.

(2)

# DECLARATION OF EZEQUIEL ROMO

I, EZEQUIEL ROMO DECLARE THE FOLLOWING:

1. I AM THE PETITIONER AND AS PARTY OF INTREST IN WRIT OF HABEAS CORPUS FILED IN PROPIA PERSONA;

2. CURRENTLY HOUSED IN THE SECURITY HOUSING UNIT, (SHU) AT PELICAN BAY STATE PRISON, ON OCTOBER 14.2013 BY PLACING ALL LEGAL DOCUMENTS IN PRISON OFFICIALS POSSESSION, MAILED WRIT OF HABEAS PURSUANT TO 28 U.S.C.2254. FOR PROSPECTIVE RELIEF;

3. ACCESS TO LAW LIBRARY; ACCESS TO COURTS IS LIMITED AND RELIED UPON AT CONVENIENCE OF PRISON OFFICIALS; AS RESPONDENTS' LEGAL WORK HAS BEEN LOST, AND DELAYED ARBITRARLY [SEE ADMINISTRATIVE APPEAL LOG. NO. CCI.01301199] RE: LEGALMAIL OF A COURT-ORDER ISSUED (3), THREE MONTHS LATE FROM FEB.5.2013 — APRIL 11.2013; THE CALIFORNIA SUPREME COURT, CLERK ON MAY 9.2013 DUE TO UN-TIMELY ISSUED COURT-ORDER LEGALMAIL THE DOCUMENTS LOST AND UNFILED.

4. ON NOVEMBER 21.2013, PRISON STAFF ASKED PETITIONER IF HE WAS MAILING OUT LEGAL-MAIL TO NORTHERN DISTRICT COURT AS IT WAS JUST SITTING ON THE DESK;

5. ON NOVEMBER 28.2013, PETITIONER WAS ISSUED A (30) THIRTY DAY NOTICE TO RESPOND FROM NOV.18.2013. BY CLERK, RICHARD W. WIEKING.

6. PETITIONER HAS ACTED DILIGENT AND IN GOOD FAITH, FOR RELIEF AS APPROPIATE TO REDRESS THE CONSTITUTIONAL VIOLATIONS.

UNDER PENALTY OF PERJURY THE ABOVE TRUE AND CORRECT ON NOVEMBER 28.2013. _Ezequiel Romo_, EZEQUIEL ROMO.

DECLARATION OF SERVICE BY MAIL.

CASE NAME: EZEQUIEL ROMO V. GREG LEWIS

CASE NO. CV13 5341.

I DECLARE:

I AM OVER THE AGE OF 18 YEARS A PARTY TO THE CAUSE OF ACTION, AND A RESIDENT OF CRESCENT CITY IN THE COUNTY OF DEL NORTE CALIFORNIA.

ON NOVEMBER 28. 2013. I SERVED THE ATTACHED:

• NOTICE OF TIMELY FILED FEE(S); AND DECLARATION IN SUPPORT OF.

BY PLACING A TRUE COPY OF ENCLOSED IN A SEALED ENVELOPE/POSTAGE PROVIDED BY CLERK.

OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT, ON NOVEMBER 28. 2013, AT CRESCENT CITY, CALIFORNIA.

*Ezequiel Romo*

IN PROPIA PERSONA.

EZEQUIEL ROMO