UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL ROMO, | No. C-13-5341 EMC (pr) |
| Petitioner, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| G. LEWIS, Warden, | |
| Respondent. | |

Petitioner has moved for reconsideration of the dismissal of his petition for writ of habeas corpus. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Petitioner reargues his case but does not show newly discovered evidence, clear error, manifest injustice or an intervening change in the controlling law. Accordingly, the motion for reconsideration is DENIED. (Docket # 9.)

IT IS SO ORDERED.

Dated: October 6, 2014

_____
EDWARD M. CHEN
United States District Judge